**Opinion issued May 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00914-CV

_____

**JONATHAN AMIR ZANDI, Appellant**

**V.**

**HOUDA BAHRI, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-71221**

---

## MEMORANDUM OPINION

Appellant, Jonathan Amir Zandi, filed a notice of appeal from the trial court's order of dismissal signed on July 5, 2024. On March 18, 2025, appellant filed a motion to dismiss his appeal, stating that the "case ha[d] been settled" and requesting that his appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).  Appellant's motion does not include a certificate of conference stating that he conferred, or made a reasonable attempt to confer, with appellee, Houda Bahri, regarding the relief requested in the motion.  *See* TEX. R. APP. P. 10.1(a)(5).  However, more than ten days have passed, and appellee has not expressed opposition to appellant's motion.  *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses his appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justice Gunn and Guiney.